UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_Robin Craig_

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_City of Philadelphia_
_Police Department_

11 4489

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | Robin Craig |
| | Street Address | 1104 Price Street |
| | County, City | Philadelphia, PA 19144 |
| | State & Zip Code | PA 19144 |
| | Telephone Number | 215-848-4413 |

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: City P/D
Street Address: 1515 Arch St
County, City: Philadelphia, PA
State & Zip Code: 19102-1595

Defendant No. 2
Name: City P/D
Street Address: 1515 Arch St
County, City: Philadelphia
State & Zip Code: 19102-1595

Defendant No. 3
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 4
Name:
Street Address:
County, City:
State & Zip Code:

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
☑ Federal Questions   ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Color of Authority
Color of Law

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 12/17/09

B. What date and approximate time did the events giving rise to your claim(s) occur? 12/17/09

C. Facts: PPD came and kick in my Back
 my son girl Evilla told the police
 that Craig can have her the girl lie
 in court and they drop all charge against
 my son

 No search warrant and no knock at
 front door, they kick in my Basement
 door, kitchen door into bedroom door,
 this is a color of authority and
 color of law violation
 also travesty of Justice

[sidebar labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?]

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. We tried to settle this with the City Solicitor DC#09-14-096318 that refuse to talk with us and this is causing psychology problems in our home

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I want my dog fix and damages on grounds that they violate our constitutional rights

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14 day of July, 2011.

Signature of Plaintiff _____

Mailing Address  1104 Price Street

_____

_____

Telephone Number _____

Fax Number *(if you have one)* _____

E-mail Address _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____